| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Hanni Pichel, Esq.<br>Wilson Smith Cochran Dickerson<br>1000 Second Ave Suite 2050<br>Seattle , WA 98104<br>*Telephone No:* 206-623-4100<br>*Attorney For:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* Amica v Digiorgio

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of California

*Plaintiff:* AMICA MUTUAL INSURANCE COMPANY, et al.
*Defendant:* KARYN DIGIORGIO, et al.

**PROOF OF SERVICE**  Hearing Date:   Time:   Dept/Div:   Case Number: 3:22-cv-03968-SK

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All judges of the Northern District of California; Consenting to the Jurisdiction of a Magistrate Judge

3.  a. Party served:   KARYN DIGIORGIO
    b. Person served:  Steven Sattler, Spouse , served under F.R.C.P. Rule 4.

4. Address where the party was served:   2390 Hyde Street #2, San Francisco, CA 94109

5. I served the party:
   a. **by substituted service.**  On: Wed, Jul 13 2022 at: 11:00 AM by leaving the copies with or in the presence of: Steven Sattler, Spouse .

   (1) [X]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>Hanni Pichel, Esq.<br>Wilson Smith Cochran Dickerson<br>1000 Second Ave Suite 2050<br>Seattle , WA 98104<br>  Telephone No: 206-623-4100<br><br>  Attorney For: Plaintiff | | | | Ref. No. or File No.:<br>Amica v Digiorgio | **For Court Use Only** |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Northern District of California | | | | | |
| *Plaintiff:* AMICA MUTUAL INSURANCE COMPANY, et al.<br>*Defendant:* KARYN DIGIORGIO, et al. | | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03968-SK | |

**6. Person Who Served Papers:**
  a. Andy Esquer (2013-0001009, San Francisco)
  **b. FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
  c. (415) 626-3111

  **d.** *The Fee* for Service was:
  **e.** I am: A Registered California Process Server

7.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                            07/13/2022
                              (Date)                                              (Signature)



| Attorney or Party without Attorney: Hanni Pichel, Esq. Wilson Smith Cochran Dickerson 1000 Second Ave Suite 2050 Seattle, WA 98104   Telephone No: 206-623-4100   Attorney For: Plaintiff | Ref. No. or File No.: Amica v Digiorgio | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: USDC-Northern District of California   Plaintiff: AMICA MUTUAL INSURANCE COMPANY, et al.   Defendant: KARYN DIGIORGIO, et al. | | |
| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 3:22-cv-03968-SK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All judges of the Northern District of California; Consenting to the Jurisdiction of a Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Wed, Jul 13, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: KARYN DIGIORGIO
         2390 Hyde Street, #2 San Francisco, CA 94109

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Jul 13, 2022 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

07/13/2022
(Date)                                              (Signature)

| | Judicial Council Form Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE BY MAIL | 7355356 (355234) |
|---|---|---|---|