| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Hanni Pichel, Esq.<br>Wilson Smith Cochran Dickerson<br>1000 Second Ave Suite 2050<br>Seattle , WA 98104<br>　*Telephone No:* 206-623-4100<br><br>　*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Amica v Digiorgio | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Northern District of California

*Plaintiff:* AMICA MUTUAL INSURANCE COMPANY, et al.
*Defendant:* KARYN DIGIORGIO, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-03968-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for Magistrate Judge Sallie Kim; Standing Order for All judges of the Northern District of California; Consenting to the Jurisdiction of a Magistrate Judge

3. a. Party served:      STEVEN SATTLER
   b. Person served:    STEVEN SATTLER , served under F.R.C.P. Rule 4.

4. Address where the party was served:   2390 Hyde Street #2, San Francisco, CA 94109

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jul 13 2022 (2) at: 11:00 AM

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)                    d. *The Fee* for Service was:
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

07/13/2022
(Date)                                                                  (Signature)



PROOF OF SERVICE

7355360
(355236)