Hanni Pichel (CA Bar #268656)
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Phone: 206-623-4100
Email: pichel@wscd.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, a Rhode Island company as subrogee of Katherine and Nadeem Kamal Sheikh,<br><br>Plaintiff,<br><br>v.<br><br>KARYN DIGIORGIO, a California resident, STEVEN SATTLER, a California resident, and JOHN DOES 1-10, unknown individuals and/or companies,<br><br>Defendant. | Case No.: 3:22-cv-03968-SK<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to FRCP 41(a), Plaintiff Amica Mutual Insurance Company hereby dismisses its lawsuit in its entirety. No answer or motion for summary judgment has been served by Defendant Karyn Digiorgio or Defendant Steven Sattler, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, Plaintiff may voluntarily dismiss its lawsuit without a court order pursuant to FRCP 41(a).

DATED: September 9, 2022.

*/s/ Hanni Pichel*
Hanni Pichel (CA Bar #268656)
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Phone: 206-623-4100
Email: pichel@wscd.com
*Attorneys for Plaintiff*



- 1 -   Case No. 3:22-cv-03968-SK
NOTICE OF VOLUNTARY DISMISSAL